Mary L. Guilfoyle (SBN 143308)
Katherine L. Kettler (SBN 231586)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants PEPSI BOTTLING GROUP,
INC., a Delaware Corp.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN DEROO,<br><br>Plaintiff,<br><br>v.<br><br>PEPSI BOTTLING GROUP, INC., a Delaware Corp., et al.,<br><br>Defendants. | Case No.: C 07-0522 JF<br><br>**CERTIFICATE OF SERVICE** |

I, Cheryl Bower, declare that I am employed at Miller Law Group, A Professional Corporation, whose address is 60 E. Sir Francis Drake Blvd., Suite 302, Larkspur, California 94939; I am over the age of eighteen (18) years and am not a party to this action. On the below date, by the method noted below, I served the following document(s):

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

| | |
|---|---|
| 1 | **NOTICE TO SUPERIOR COURT AND TO ADVERSE PARTY** |
| 2 | **OF REMOVAL OF ACTION TO FEDERAL COURT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER** |
| 3 | **REGARDING CASE MANAGEMENT IN CIVIL CASES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; AND** |
| 4 | **STANDING ORDER RE PRETRIAL PREPARATION** |

on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope addressed as follows:

Gerald A. Emanuel                    Attorney for Plaintiff: *Karen DeRoo*
Amy Carlson
Hinkle, Jachimowicz, Pointer & Emanuel
2007 West Hedding Street, Suite 100
San Jose, CA 95128
Tel: (408) 246-5500
Fax: (408) 554-1051

☐ **BY MAIL:**  By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the ordinary course of business for collection and mailing on this date at Miller Law Group, 60 E. Sir Francis Drake Blvd., Larkspur, California.  I declare that I am readily familiar with the business practice of Miller Law Group for collection and processing of correspondence for mailing with the United States Postal Service and that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

☒ **BY HAND DELIVERY:**  By placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth above.

☒ [Federal]  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 30, 2007, at Larkspur, California.

*Cheryl Bower*
Cheryl Bower

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA