1  Mary L. Guilfoyle (SBN 143308)
   Katherine L. Kettler (SBN 231586)
2  MILLER LAW GROUP
   A Professional Corporation
3  60 E. Sir Francis Drake Blvd., Ste. 302
   Larkspur, CA 94939
4  Tel. (415) 464-4300
   Fax (415) 464-4336
5
   Attorneys for Defendant PEPSI BOTTLING GROUP,
6  INC., a Delaware Corp.

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

| 11 | KAREN DEROO, | Case No.: C 07-0522 JF |
|---|---|---|
| 12 | Plaintiff, | **NOTICE OF SETTLEMENT** |
| 13 | v. | |
| 14 | | |
| 15 | PEPSI BOTTLING GROUP, INC., a Delaware Corp., KELLY WARREN, and Individual, and DOES 1-15, | Complaint filed: January 5, 2007 |
| 16 | | |
| 17 | Defendants. | |
| 18 | | |

19        TO THE COURT AND TO ALL PARTIES:

20        PLEASE TAKE NOTICE THAT the above-entitled case has settled. The parties will

21 file a dismissal with prejudice forthwith.

22

23 Dated: February 26, 2008            MILLER LAW GROUP
                                       A Professional Corporation
24

25

26                                     By: /S/
                                          Katherine L. Kettler
27                                        Attorneys for Defendant PEPSI
                                          BOTTLING GROUP, INC.
28

                                    1
                          **NOTICE OF SETTLEMENT**
                          **Case No.: C 07-0522 JF**