Mary L. Guilfoyle (SBN 143308)
Katherine L. Kettler (SBN 231586)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant PEPSI BOTTLING GROUP, INC., a Delaware Corp.

Gerald A. Emanuel (SBN 61049)
Amy Carlson (SBN 213294)
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 West Hedding Street, Suite 100
San Jose, California 95128
Tel.: (408) 246-5500
Fax: (408) 246-1051

Attorneys for Plaintiff KAREN DEROO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN DEROO, | Case No.: C 07-05522 JF |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| PEPSI BOTTLING GROUP, INC., a Delaware Corp., KELLY WARREN, and Individual, and DOES 1-15, | Complaint filed: January 5, 2007 |
| Defendants. | |

Plaintiff Karen DeRoo and Defendant PEPSI BOTTLING GROUP, INC., by and through their respective counsel, agree and stipulate to the dismissal of this action with prejudice.

Dated: April 24, 2008     HINKLE, JACHIMOWICZ, POINTER & EMANUEL

By: /S/
Gerald A. Emanuel
Amy Carlson
Attorneys for Plaintiff KAREN DeROO

Dated: April 24, 2008     MILLER LAW GROUP
A Professional Corporation

By: /S/
Katherine L. Kettler
Attorneys for Defendant PEPSI BOTTLING GROUP, INC.